UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case # 2:09-cr-00011 |
| | ) | CHIEF JUDGE HAYNES |
| DARON L. GRAVES | ) | |

MOTION TO RESET HEARING

*[Handwritten annotation: ORDER. This motion is GRANTED and the hearing is reset for September 29, 2014 at 4:30 pm. (signature) 9-8-14]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests this Court reset the supervised release violation hearing in this case, which currently is set for Monday, September 22, 2014, at 4:30 p.m. The undersigned counsel has a conflict that afternoon, and defense counsel will be out of the district on that day. Wherefore the government respectfully submits this motion requesting the hearing be reset to another date.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant U. S. Attorney
110 9th Avenue, South, Suite A-961

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Ronald C. Small, Deputy Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203-3805, on this, the 5th day of September, 2014.

/s/ S. Carran Daughtrey
S. Carran Daughtrey